**Michael J. FEROLA**

v.

**STATE of Rhode Island.**

**No. 85–151–M.P.**

Supreme Court of Rhode Island.

May 31, 1985.

Michael J. Ferola, pro se.

Arlene Violet, Atty. Gen., Constance L. Messore, Sp. Asst. Atty. Gen., Chief of Appellate Div., for respondent.

### ORDER

The petition for writ of habeas corpus and the motion for appointment of counsel, as prayed, are denied.

SHEA, J., did not participate.

■

**Lisa GASPAR, in her capacity as Administratrix of the Estate of Christopher Gaspar, and Individually as the Widow of Christopher Gaspar**

v.

**PROGRESSIVE CASUALTY INSURANCE COMPANY, Christopher J. Raffa, and Peter Raffa.**

**No. 85–197–M.P.**

Supreme Court of Rhode Island.

May 31, 1985.

Dennis S. Baluch, Providence, for plaintiff.

William R. Harvey, Newport, Thomas H. Levesque, Middletown, for defendants.

### ORDER

The defendants in this matter have appealed an interlocutory judgment of the Superior Court. Accordingly the plaintiff's motion to dismiss defendants' appeal as premature is granted.

SHEA, J., did not participate.